IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Rose Anna Thomas, | CHAPTER 13 |
| Debtor(s). | CASE NO. 17-31853 |

OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC., a creditor in the above case, and objects to confirmation of the Debtor's Plan for the following reasons:

1. The Debtor pledged property in which Republic Finance, LLC. has a security interest. the claim of Republic Finance, LLC. ought to be secured for more value as the property is currently undervalued.

2. The Plan was filed in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
BGA

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| | | |
|---|---|---|
| Rose Thomas | Richard D. Shinbaum, Esq. | Sabrina L. McKinney, Esq. |
| 216 Shelly Lane | P.O. Box 201 | Chapter 13 Trustee |
| Montgomery, AL 36110 | 566 South Perry St. | P.O. Box 173 |
| | Montgomery, AL 36101-0201 | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL